IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DANIEL THEODORE LOEFFLER, )<br>)<br>Petitioner, )<br>)<br>v.   )<br>)<br>JOE KEFFER, )<br>)<br>Respondent. ) | Case No. CIV-06-613-M |

## ORDER

On July 5, 2006, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action. The Magistrate Judge recommends that this action be dismissed without prejudice to refiling due to Petitioner's failure to submit an *in forma pauperis* motion or to pay the $5 filing fee as ordered. Petitioner was advised of his right to object to the Report and Recommendation by July 25, 2006. On July 28, 2006, Petitioner filed his objection.

Having carefully considered this matter *de novo*, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on July 5, 2006, and

(2) DISMISSES this action without prejudice to refiling.

**IT IS SO ORDERED this 1st day of August, 2006.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE